UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELINDIA JACKSON,

    Plaintiff,

v.

    Case No.: 1:14-cv-524

    HONORABLE PAUL L. MALONEY

IDS PROPERTY AND CASUALTY
INSURANCE CO.,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Joseph G. Scoville in this action (ECF No. 5). The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that all federal claims in plaintiff's complaint are **DISMISSED with prejudice** for failure to state a claim upon which relief can be granted. All state-law claims are **DISMISSED without prejudice** for lack of subject-matter jurisdiction.

Dated: June 16, 2014

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge