UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELINDIA JACKSON,

       Plaintiff,

v.

       Case No. 1:14-cv-524

IDS PROPERTY AND CASUALTY
 INSURANCE CO.,

       HONORABLE PAUL L. MALONEY

       Defendant,
_____/

## **JUDGMENT**

Pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is hereby entered in favor of defendant and against the plaintiff. A notice of appeal must ordinarily be filed within 30 days from the entry of this judgment under FED. R. APP. P. 4(a).

Date:  June 16, 2014             /s/ Paul L. Maloney
          Paul L. Maloney
          Chief United States District